IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



JON CHRISTOPHER EVANS, ON
BEHALF OF THE ESTATE OF
CHARLES H. EVANS, SR.                                           **PLAINTIFF**

VS.                                                  **CAUSE NO. 3:05CV678WHB-AGN**

SYLVIA PHILLIPS                                                **DEFENDANT**

---

### ORDER

---

CAME ON to be heard the *ore tenus* motion for voluntary dismissal filed by the Plaintiff, John Christopher Evans, pursuant to Fed. R. Civ. P. 41, and the Court being advised in the premises, finds such motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the above action be and is dismissed, without prejudice and without costs.

SO ORDERED AND ADJUDGED, this, the __4__ day of __April__, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

Eduardo A. Flechas, MSB # 10669
BELL, FLECHAS & GAGGINI, P.A.
318 South State Street
Jackson, Mississippi 39201
Telephone:  (601) 981-9221
Facsimile:   (601) 981-9958